## Ex Parte Frank Finks.

No. 4774. Decided October 17, 1917.

**Habeas Corpus—Bail—Practice on Appeal.**

Where relator was denied bail by the district judge below, and appealed to this court he is granted bail, after a careful consideration of the testimony.

Appeal from the District Court of Falls. Tried below before the Hon. W. A. Patrick.

Appeal from a habeas corpus proceedings, denying relator bail.

The opinion states the case.

*Nat Llewellyn, Joe Taylor* and *W. W. Hair,* for relator.—Cited Ex parte Locklin, 72 S. W. Rep., 585; Ingram v. State, 182 S. W. Rep., 306.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—This is an appeal from the judgment and order of the district judge refusing bail on a habeas corpus hearing.

We have carefully read the testimony. Under the law there is no question but that appellant was entitled to bail. The judgment of the district judge denying bail is reversed and the applicant is admitted to bail in the sum of $10,000. Upon the execution by him, with proper sureties, of a proper bail bond the sheriff is directed to discharge him thereunder.

Reversed and bail granted.

*Bail granted.*